United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEADSPACE INTERNATIONAL, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>NEW GEN AGRICULTURAL SERVICES, LLC, et al.,<br><br>         Defendant. | Case No.  16-cv-01294-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 11, 13 |

      The Court has reviewed Judge Jacqueline Scott Corley's Report and Recommendation Re: Plaintiff's Motion to Transfer Venue and notes there are no objections to the Report.  The Court adopts the Report in every respect.  Accordingly, the motion to transfer this action to the Central District of California is GRANTED.

      **IT IS SO ORDERED.**

Dated: June 1, 2016

_____

VINCE CHHABRIA
United States District Judge